An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TWIN-VEST, LLC, A NEVADA LIMITED LIABILITY COMPANY; P.T. CORPORATION, A NEVADA CORPORATION; PHILIP K. BOECKLE, AN INDIVIDUAL; AND THOMAS T. BOECKLE, AN INDIVIDUAL, Petitioners, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE STEFANY MILEY, DISTRICT JUDGE, Respondents, and PRECISION CRUSHING & ROCK PRODUCTS, A NEVADA CORPORATION; ANDY J. KAY, AN INDIVIDUAL; LEGACY CONSTRUCTION, INC., A NEVADA CORPORATION; AND MARLEY PETERSEN, AN INDIVIDUAL, Real Parties in Interest. | No. 62940 **FILED** APR 2 3 2013 TRACIE K. LINDEMAN CLERK OF SUPREME COURT BY _____ DEPUTY CLERK |

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order denying a motion for summary judgment in a tort action.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. *See* NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Writ relief is typically not

SUPREME COURT
OF
NEVADA

(O) 1947A

13 - 11961

available, however, when the petitioner has a plain, speedy, and adequate remedy at law. *See* NRS 34.170; *Int'l Game Tech.*, 124 Nev. at 197, 179 P.3d at 558. Generally, an appeal is an adequate legal remedy precluding writ relief. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004).

Petitioners, to the extent that they are aggrieved from the district court's final judgment, will have a speedy and adequate remedy at law in the form of an appeal. Accordingly, we deny the petition. NRAP 21(b); *see Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) ("[T]he issuance of a writ of mandamus or prohibition is purely discretionary with this court."). We further deny as moot petitioners' April 22, 2013, motion for a stay of the district court proceedings.

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Stefany Miley, District Judge
Law Office of Daniel Marks
Andy J. Kay
Cremen Law Offices
Matthew L. Johnson & Associates
Eighth District Court Clerk